UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| PASHA SONNY PAKDEL | : | VIOLATION: |
| Defendant | : | 18 U.S.C. § 2252A(a)(5)(B) |
| | : | (Possession of Child Pornography) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about February and November 2015, in the District of Columbia, the defendant, **PASHA SONNY PAKDEL,** did knowingly possess over 600 images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which items included depictions of prepubescent minors or minors under the age of twelve years, which items were mailed, which items were shipped or transported using any means or facility of interstate or foreign commerce, which items were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and which items were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

**(Possession of Child Pornography,** in violation of Title 18, United States Code, Section 2252A(a)(5)(B))

CHANNING D. PHILLIPS
United States Attorney

_____
ANDREA LYNN HERTZFELD  D.C. Bar No. 494059
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7808
Andrea.Hertzfeld@usdoj.gov